AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 MAY 11  A 10:04
DISTRICT COURT

UNITED STATES OF AMERICA

V.

LUIS DEJESUS, aka Edgardo

**WARRANT FOR ARREST**

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____LUIS DEJESUS, aka Edgardo_____
                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title __21__ United States Code, Section(s) __846__

Name of Issuing Officer: CHARLES B. SWARTWOOD III
Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Signature of Issuing Officer: [signature]

Date and Location: 02-26-2004   BOSTON, MASSACHUSETTS

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
USMS Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-04 | S/A Jean Drouin (DEA) | [signature] |
| DATE OF ARREST | | |
| 5-3-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: LUIS DEJESUS

ALIAS: Edgardo

LAST KNOWN RESIDENCE: 107 MARIANNA STREET, APT #1, LYNN, MASSACHUSETTS

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: PUERTO RICO

DATE OF BIRTH (4 digit year): 00-00-1966

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 2821

HEIGHT: 5'6"            WEIGHT: 170

SEX: MALE               RACE: HISPANIC

HAIR: BLK               EYES: BRO

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: