Law Offices of

# John W. Laymon, Esquire

e-mail:jwlaylaw@verizon.net

**Boston Office**
77 Franklin Street, 3rd Floor
Boston, MA 02110
Tel: 617-338-0089
Fax: 617-338-0090

FILED
IN CLERKS OFFICE

2004 JUN -3 A 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

**Metrowest Office**
One Main Street
Hopkinton, MA 01746
Tel: 508-893-0109
Fax: 508-893-9799

June 2, 2004

U.S. Magistrate Judge Charles B. Swartwood III
John Moakley U.S. Courthouse
Rm 8400
1 Courthouse Way
Boston, MA 02210

Re: U.S.A. v. Luis de Jesus
Crim. No. 04-1685-CBS

Dear Magistrate Judge Swartwood:

As you know this office represents Mr. de Jesus in the above referenced case.

On May 26, 2004, a detention hearing was held before you on the issue of the Government's request to detain him pending trial. As a part of my argument that Mr. de Jesus should not be detained, I said that he was a U.S. citizen, since he had been born in Puerto Rico. To supplement that argument, I am enclosing a copy of his Puerto Rican birth certificate. As indicated in the birth certificate, Mr. de Jesus was born in Fajardo, Puerto Rico.

A copy of this correspondence is being mailed to AUSA Peabody and to PreTrial Services Officer Cuascut.

Very truly yours,

*John W. Laymon*
John W. Laymon

cc: AUSA Robert Peabody
    Vangie Cuascut