AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **MA**

UNITED STATES

V.

Rosales, Greenberg, DeJesus

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1685-CBS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY Peabody | DEFENDANT'S ATTORNEY O'Hara, Witkin, Laymon |
|---|---|---|
| TRIAL DATE (S) 5/26/04 | COURT REPORTER 2:22 P | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 5/26/04 | | | Agent Jean Drouin |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 5/26/04 | X | X | Complaint and Affidavit |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages