SCANNED
DATE: 06/14/04
BY: Steve

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. M-04-1685-CBS |
| ) | |
| LUIS DEJESUS, ) | |
| a/k/a "Edgardo" ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S SUBMISSION REGARDING DETENTION

The United States of America (the "government") hereby submits the following information relative to defendant Luis DeJesus, a/k/a "Edgardo" and the issue of his release or dentention in this case in accordance with 21 U.S.C. §3142(f)(2)(A).

Following defendant's detention hearing in Worcester, MA on May 26, 2004 during which defendant argued for his release on certain conditions (the government argued for detention), counsel filed with the Court a copy of a purported Puerto Rican birth certificate that counsel argued belonged to the defendant (DOB November 1, 1966) and was evidence of defendant's U.S. citizenship. The government also received a copy of the same birth certificate on or about June 2, 2004.

Suspicious that defendant DeJesus purported Puerto Rican birth certificate belonged to another Hispanic male and was not the birth certificate of this defendant, contact was made with authorities in San Juan, PR in an attempt to confirm (or rebut) defendant's evidence of his purported U.S. citizenship.

2

The government has since received documentation that one Luis Gonzalez DeJesus (DOB 11/1/66) hales from Fajardo, PR, however, <u>this</u> Luis Gonzalez DeJesus was also arrested on March 3, 1991 in Fajardo, PR and charged with a drug related crime. Later on February 2, 1992, Luis Gonzalez DeJesus was convicted of this offense and sentenced to three (3) years imprisonment in a Puerto Rican jail. Authorities in PR also provided the undersigned with a photograph of Luis Gonzalez DeJesus taken during the booking process of a subsequent drug related arrest on July 6, 1993. Examination of the Luis Gonzalez DeJesus booking photograph depicts an individual obviously different that the defendant "Luis Gonzalez DeJesus." (A copy of the purported PR birth certificate, the Spanish language PR criminal record for "Luis Gonzalez DeJesus," and the 7/06/93 booking photo of the <u>real</u> "Luis Gonzalez DeJesus" is attached to this submission.)

Based on the foregoing, the government contends that this defendant is <u>not</u> who he professes to be and, as such, poses an issue as to his true identity. As such, the Court should take

3

defendant's false Puerto Rican identification into account when reaching its decision on whether to detain or release him.

**Respectfully submitted,**

**MICHAEL J. SULLIVAN**
United States Attorney

**ROBERT L. PEABODY**
Assistant U.S. Attorney
(617) 748-3240

**Dated:** June 10, 2004

4

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery (and by facsimile):

John W. Laymon, Esq.
77 Franklin Street
3rd floor
Boston, MA 02110
**Counsel for Luis DeJesus**

This 10th day of June, 2004.

							_____
							ROBERT L. PEABODY
							Assistant U.S. Attorney

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

**DEPARTAMENTO DE SALUD**
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

**CERTIFICACION DE NACIMIENTO**
(CERTIFICATION OF BIRTH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-66-01928-000000-108043

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
LUIS ENRIQUE DE JESUS GONZALEZ

DOMICILIO (DWELLING HOUSE)
LUQUILLO, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)
01 NOV 1966

FECHA INSCRIPCION (REGISTRATION DATE)
10 NOV 1966

LUGAR NACIMIENTO (BIRTHPLACE)
FAJARDO, PUERTO RICO

SEXO (SEX)
M

NOMBRE DEL PADRE (FATHER'S NAME)
ENRIQUE DE JESUS

EDAD (AGE)
28

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
FAJARDO, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)
CARMEN DEL PILAR GONZALEZ

EDAD (AGE)
22

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
RIO GRANDE, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
05 JUL 1995

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931



SECRETARIO DE SALUD
(SECRETARY OF HEALTH)




DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

**ADVERTENCIA:** Cualquier alteración o borradura cancela ésta certificación.

**WARNING:** Any alteration or erasure voids this certification.

```
R E C O R D   D E   I D E N T I F I C A C I O N

TCode: IDEN    Función: Q    XMT    Fecha: 06/03/2004  Hora: 17:27:09:4
Núm. PRIN: 91006828            Nombre: DE JESUS GONZALEZ LUIS E
ORI: CJIS - CENTRO ENTRADA DE DATOS

Dirección: EDIF.19 APT.140 RES. PEDRO ROSARIO NIEVE  Pueblo: FAJARDO
Estado: PUERTO RICO         Zip Code:            Seg. Social: 5833312821
Sexo: MASCULINO   Piel:           Ojos:            Pelo:
Peso:      Lbs             Estatura: 0 Pies  00 Pulgds
Cicatriz,marcas ó tatuajes:

Fecha Nac:01/11/1966 (37) Lugar Nac.: FAJARDO       Ocupa:
Núm. Licencia:                    Estado Expide:
Núm. FBI:              Micro Film: 00E587-654  Núm Misceláneo:
Huellas RCC: I1U 15      -S17UT         Huellas NCIC:
Comentarios:                                      Mas comen.?NO

Núm PRIN Original:           Institución: PENIT. ESTATAL  Fecha reclu:06/07/1993
Núm Confinado: 00 00000 ST Confinado: SUMARIADO   Fecha ST Confinado:06/07/1993
Disp Anteriores: 000  Tot Arrestos: 002  Tot Alias: 000 ST Acusado: COMPLETADO
       MENSAJE BUSQUEDA POR NUM PRIN=       91006828
```

```
                SISTEMA DE INFORMACION DE JUSTICIA CRIMINAL (R.C.C.)      HORA.........: 05:28 PM
                    ANALISIS EXPEDIENTE CRIMINAL FEC.:20040603
SUMM

PRIN:91006828   NOMBRE:DE JESUS GONZALEZ LUIS E                    LIC:
DIRECCION.: EDIF.19 APT.140 RES. PEDRO ROSARIO NIEVE    FAJARDO         FEC.NAC..: 11011966 (037)
LUG.NAC...: FAJARDO            SS..: 583312821     OCUPACION.: INF NO DISPONIB    HELLAS..: 1IU 15    S17UT
NUM.OBR.    F.DELITO   DELITO                           MUN.DELITO  TRIBUNAL     NUM.CASO         FEC.DISP DISP-FINAL  SENTEN
1991440100019 03051991 LEY DE SUS.CONT.ART.404/POSEER   FAJARDO     SUP.HUMACAO  H 1991100828    10021992  CULPABLE    3A
1993402702731 04071993 LEY DE SUS.CONT.ART.404/POSEER   FAJARDO     DTTO.HUMACAO 1993G113446VP  23081993  NO-CAUS-VP
1993402702731 04071993 LEY DE SUS.CONT.ART.404/POSEER   FAJARDO     DTTO.HUMACAO 1993G113246VP  30081993  NO-CAUS-VP

                                            00/00/00        | TOT.DELITOS..:  3 |  TOT.ARRESTO..:  2
                                             ALIASES

                                            COMENTARIOS

NO HAY MAS REC
```

Case 1:04-mj-01685-CBS    Document 66    Filed 06/10/2004    Page 11 of 12

# POLICIA DE PUERTO RICO

## Mugshot Profile

| | | | | |
|---|---|---|---|---|
| NAME: | LUIS | E | DE JESUS | GONZALEZ |



| | |
|---|---|
| ALIAS #1: | COCOLISO |
| ALIAS #2: | |
| EVENT#: | 41004598 |
| PHOTO#: | 93040520 |
| STATE ID#: | 010006587654 |
| FBI#: | |
| COMPLAINT#: | 93402702731 |
| DRIVERS LIC#: | |
| SSN: | 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 |
| DOB: | 11 / 01 / 1966 |
| PLACE OF BIRTH: | FAJARDO |
| BOOKING DATE: | 07 / 06 / 1993 |

## PHYSICAL DESCRIPTION

| | |
|---|---|
| RACE: | |
| SEX: | MALE |
| HEIGHT: | 66 |
| WEIGHT: | 130 |
| HAIR COLOR: | BROWN |
| EYE COLOR: | BROWN |
| COMPLEXION: | DARK |
| BUILD: | THIN |
| TEMPERAMENT: | PASSIVE |



## TATTOOS
#1:
#2: